In the Matter of Conrad Braker, Deceased. (2 cases.) — In each case motion to dismiss appeal granted, with ten dollars costs. Memoranda per curiam. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Maurice Deiches, as Receiver, etc., v. Western Development Company.— Motion for stay denied, with ten dollars costs. Present — Ingraham, P. J.. McLaughlin, Laughlin, Clarke and Scott, JJ.

Hudson Mortgage Company v. John E. Olson Construction Company and Others.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Hyman Rashkoff v. The Erie Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York v. William Horman.— Motion to dismiss appeal granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles P. Gray v. New York Central and Hudson River Railroad Company.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Walter Althause v. Richard Trimble.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Walter Althause v. United States Steel Corporation.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Thiele v. Richard Trimble.— Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Thiele v. United States Steel Corporation. — Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hugh L. Fox and Others v. Frederick F. Proctor.—Application granted. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Nellie A. McCann v. Colonial Life Insurance Company of America. — Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Hardy v. Oscar A. Turner, Impleaded, etc.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

William Rosenblatt v. New York Central and Hudson River Railroad Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Lee McCallum v. George S. Barber.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.